C 07 4760 SBA (PR)

I AM NOW REQUESTING TO FILE A OFFICIAL COMPLAINT AGAINST PHYSICIAN
ASSISTANT PA.G.DUDLEY, M. MILLER,N.P. AND S.M. ROCHE: M.D. CHIEF
MEDICAL OFFICER.FOR DELIBERATELY AND INTENTIONALLY INTERFERING WITH
MY MEDICAL TREATMENT,BY DEPRIVING ME OF NARCOTIC PAIN MEDICATION,WHICH
I HAVE BEEN TAKING OFF AND ON SINCE "1989." I ARRIVED HERE AT H.D.S.P ON
02/13/07 AND PRIOR TO BEING TRANSFERRED TO H.D.S.P. I WAS TAKING NARCOTIC
PAIN MEDICATION, AND ACCORDING TO THE INMATE MEDICAL SERVICES  PROGRAM
POLICIES , PORCEDURES, CHAPTER "3" FOLSOM STATE PRISON PROVIDED H.D.S.P.
WITH A COPY OF MY PHARMACIST SHEET ONE DAY PRIOR TO MY ARRIVAL, SO THEY
MEANING H.D.S.P. WAS AWARE OF THE MEDICATION THAT I WAS TAKING AND NEEDED
IN ORDER TO FUNCTION, BUT H.D.S.P. HAS REFUSE TO PROVIDE ME WITH THIS MEDICATION.
THE PROVIDING OF HEALTH CARE SERVICE TO A STATE PRISONER IS A FUNDAMENTAL
RESPONSIBILITY, THE DUTY TO PROVDE MEDICAL CARE IS  A CONTINUING ONE, AND ANY
DELAY OF CARE EITHER AT THE ONSET OR CONTINUATION OF SERIOUS MEDICAL NEEDS,
HAS BEEN FOUND TO BE DELIBERATELY INDIFFERENT REED V. MC BRIDE

SEP 17 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MY MEDICAL CONDITION HAS PROGRESSIVELY WORSENED AS A RESULT OF BEING DENIED
NARCOTIC PAIN MEDICATION THAT I HAVE BEEN TAKING SINCE "1989." I NOW SUFFER FROM
A VERIETY OF AILMENTS, WHICH ARE WELL DOCUMENTED IN MY MEDICAL FILE. IT HAS
BECOME APPARENTLY CLEAR TO ME THAT PA. G. DUDLEY, M. MILLER AND S.M. ROCHE
ALL INTEND TO CAUSE HARM TO ME BY REFUSING ME MEDICATION WHICH IS NEEDED IN
ORDER FOR ME TO FUNCTION. I HAVE MADE REPEATED REQUESTS FOR THIS MEDICATION
, AS CAN BE SEEN IN THE INMATE APPEAL THAT I HAVE PROVIDED AS A EXHIBIT.
THERE IS NO REASONABLE RELATED LEGITIMATE PENOLOGICAL INTEREST IN NOW DEPRIVING
ME OF MEDICATION, WHICH I HAVE BEEN TAKING FOR ALMOST 20 YEARS NOW.THE EIGHTH
AMENDMENT PROTECTION IS THAT PRISON MEDICAL STAFF CANNOT ACT INDIFFERENTLY TO
SERIOUS MEDICAL NEEDS: HOPTOWIT V. RAY, 682 f.2d 1237, 1252- 1254 9th cir (1982)
: HEMMINGS V. GORCZY K, 134 f.3d 104, 108-09 2d cir (1998) THE COURT HAS HELD
IN WALKER V. BENJAMIN, 293 f,3d 1030, 1037 (2002) THAT DELIBERATE INDIFFERENCE
CLAIM IS STATED BECAUSE OFFICIALS ALLEGEDLY HAS IGNORED A PRISONER:S PLEA FOR

TREATMENT OF PAIN. LIKE OTHER CONDITIONS OF CONFINEMENT, MEDICAL CARE PROVIDED TO INMATES IS SUBJECT TO SCRUTINY UNDER THE EIGHTH AMENDMENT PROHIBITION AGAINST CRUEL AND UNUSUAL PUNISHMENT :HELLING V. U.S. AT 297, 111S. CT. AT 2328. THE DELAY IN PROVIDING ME WITH MEDICAL CARE IS CONSTITUTIONALLY UNACCEPTABLE, CASEY ,834 f.supp.AT 1545; HOPTOWIT 682f2d AT 1253. AS ALSO STATED IN TODARO V. WARD, 431 f.supp. 1129, 1146(1977) THAT SUBSTANTIALLY DELAYED ACCESS TO TREATMENT VIOLATES THE CONSTITUTION, BALLA, 595f. supp AT 1567. THE U.S. SUPREME COURT HELD THAT I HAVE A EIGHTH AMENDMENT RIGHT TO TREATMENT FOR PHYSICAL AILMENTS, ESTELLE V.GAMBLE, 429 U.S 97(1976) THE U.S. SUPREME COURT HAS ALSO HELD A RULE THAT PRISON OFFICIALS HAVE A DUTY UNDER THE EIGHTH AMENDMENT TO ENSURE THAT I RECEIVE ADEQUATE MEDICAL CARE. IN PASSING THE ADA AND RA, CONGRESS HAS ARTICULATED IT,S JUDGMENT THAT DISCRIMINATION AGAINST INDIVIDUALS WITH DISABILITIES WILL NOT BE TOLERATED. IN ENACTING THE RA AND ADA ,CONGRESS INTENDED TO ELIMINATE DISCRIMINATION AGAINST INDIVIDUALS WITH DISCRIMINATION AS IT HAD EARLIER PASSED LEGISLATIONN MANDATING EQUAL TREATMENT OF AFRICAN- AMERICANS .THIS PAIN THAT I,M NOW ENDURING IS CAUSING A PSYCHOLOGICAL EFFECT ON ME ,I,M NOW SUFFERING FROM A FORM OF DEPRESSION AND I,M VERY IRRITABLE , I CANNOT SLEEP AT NIGHT AS WELL AS A RESULT OF THIS PAIN THAT I AM NOW ENDURING.I AM AWARE THAT ADA DOES NOT COVER MEDICATION BUT I CANNOT UNDERSTAND WHY THAT IS ,BECAUSE MY NARCOTIC PAIN MEDICATION THAT I HAVE BEEN TAKING SINCE 1989 IS MORE NEEDED THEN THE CANE, KNEE BRACE AND BACK BRACE THAT I NOW USE. THE MEDICATION ALLOWS ME TO USE THESE DEVICES, HOWEVER, WITHOUT THE PAIN MEDICATION I,M SUBSTANTIALLY LIMITED BECAUSE I CANNOT PERFORM MAJOR LIFE ACTIVITIES WITHOUT THIS MEDICATION. I PRAY THAT YOU ARE ABLE TO HELP ME BECAUSE NOONE SHOULD SUFFER AS I AM NOW SUFFERING.


I ,ROBERT DUANE FRANKLIN H,96584, DECLARE UNDER PENALTY OF PERJURY UNDER THE STATE OF CALIFORNIA THAT THE FOREGOING ALLEGATIONS AND STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON 6 DAY OF SEPTEMBER 2007, AT HIGH DESERT STATE PRISON IN SUSANVILLE CALIFORNIA 96127 .

RESPECTFULLY SUBMITTED BY:
Robert Duane Franklin H-96584

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*Received*

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

FEB 16 2007

*Received*
APR 12 2007
HDSP Appeals

*Received*
APR 20 2007
HDSP Appeals

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| ROBERT FRANKLIN | H-96584 | MED UA | NONE | A-2-139 LOW |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
I AM DPM

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
MY MEDICAL FILE

*RECEIVED*
*INMATE APPEALS BRANCH*
*MAY 31 2007*

DESCRIBE THE PROBLEM: I AM NOW BEING DENIED PAIN MEDICATION. I TAKE NARCOTIC MEDICATION AND HAVE BEEN TAKEN IT FOR YEARS. I AM NOW IN A GREAT DEAL OF PAIN AND I SHOULD NOT SUFFER JUST BECAUSE THIS INSTITUTION DOES NOT GIVE NARCOTIC PAIN MEDICATION.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? THAT I BE TRANSFERED AT ONCE BECAUSE I CANNOT FUCNTION WYTHOUT MY NARCORTIC PAIN MEDICAION

INMATE/PAROLEE'S SIGNATURE: Robert Franklin

DATE SIGNED: 2/15/07

2/16/07 S/o NOT ADA
ISSUE MEDICAL

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

| DATE ASSIGNED TO REVIEWER: |
| DATE DUE: |

## TYPE OF ADA ISSUE

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

   ☐ Auxiliary Aid or Device Requested

   ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**_____

_____

_____

_____

_____

_____

See Attached

_____

_____

_____

_____

_____

_____

DATE INMATE/PAROLEE WAS INTERVIEWED          PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED     ☐ DENIED     ☐ PARTIALLY GRANTED

**BASIS OF DECISION:**_____

_____

_____

See Attached

_____

_____

_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

DISPOSITION RENDERED BY: (NAME)          TITLE          INSTITUTION/FACILITY

| APPROVAL |
|---|

ASSOCIATE WARDEN'S SIGNATURE          DATE SIGNED

DATE RETURNED TO INMATE/PAROLEE

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region <u>HDSP - A</u>  *See Attached*  Log No. <u>0720</u> Category <u>8</u>

1. 2.

MCCS (AATN)

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. (1) ROBERT

NAME <u>FRANKLEN</u>   NUMBER <u>H96584</u>   ASSIGNMENT   UNIT/ROOM NUMBER <u>A2-132</u>

A. Describe Problem:

**See Attached**

If you need more space, attach one additional sheet.

B. Action Requested:

~~See Attached~~

Inmate/Parolee Signature _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response:

*Bypass*

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

INMATE APPEALS BRANCH   RECEIVED   MAY 31 2007

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Received

CDC Appeal Number:

Received
APR 1 2 2007
HDSP Appeals

Received
APR 2 0 2007
HDSP Appeals

4-12-07 SLO #5
Sign / Late See F

First Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _2-20-07_  Due Date: _4-2-07_

Interviewed by: _____

G. Dudley, PA-C on March 22, 2007

See Attached

Staff Signature: _B. Snyder_  Title: _Medical Appeals_  Date Completed: _4-4-07_

Division Head Approved: _M. Mills NP POC_  Signature: _____  Title: _POC_  Returned Date to Inmate: _4-4-07 RB_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I AM DISSATISFIED WITH THE FIRST LEVEL RESPONSE BEING THAT PHYSICIAN ASSISTANT G. DUDLEY, INSIST THAT I TAKE TYLENOL, MOTRIN OR NAPROXEN. NAPROXEN HAS CAUSED ME BLEED. IT HAS ALSO CAUSED ME A GREAT DEAL OF STOMACH DISTRESS (SEE EXHIBIT "A") WHICH NEARLY
Signature: _Robert Franklin_ (SEE ATTACH SHEET)  Date Submitted: _04/18/07_

Second Level  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _4-20-07_  Due Date: _5-18-07_

☒ See Attached Letter

Signature: _Illegibly Medical Appeals_  Date Completed: _5/14/07_

Warden/Superintendent Signature: _J. Jones POC Acting CMO_  Date Returned to Inmate: _5-17-07 RB_

H. If dissatisfied, add date or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

I AM DISSATISFIED WITH THE SECOND LEVEL RESPOND BEING THAT IT IS UNTRUE, I INFORMED MS DUDLEY BEFORE SHE EVEN STARTED THE INTERVIEW THAT I WANTED SOMEONE ELSE TO REVIEW MY APPEAL BEING THAT MS DUDLEY WAS THE PERSON WHO REVIEWED MY APPEAL AT THE FIRST LEVEL AND FOR HER TO NOW REVIEW IT AGAIN AT THE SECOND LEVEL WOULD BE DENYING ME OF DUE PROCESS, TITLE 15 SECTION 3084.5(e) STATES
Signature: _Robert Franklin_ (SEE ATTACH SHEET)  Date Submitted: _05/28/07_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other _____
☒ See Attached Letter
Date: _AUG 2 7 2007_

CDC 602 (12/87)

Case #:07-cv-01760-SEB... Document 11 Filed 06/07/2007 Page 1 of 27

F). STATES THIS FACT, I HAVE ALSO EXPERIENCED FROM TAKING TYLENOL AND MOTRIN FOR LONG PERIODS OF TIME, BLEEDING, SKIN RASHES AND RINGING IN BOTH OF MY EARS. THESE MEDICATIONS HAVE ALSO CAUSED ME KIDNEY PROBLEMS, WHICH ISN'T GOOD FOR ME, BEING THAT I ONLY HAVE ON KIDNEY. SO FOR G. DUDLEY OR M. MILLER, N.P., TO INSIST OR RECOMMEND THAT I TAKE THESE MEDICATIONS, DISPLAYS A RECKLESS DISREGARD FOR MY WELL BEING BECAUSE THIS IS WELL DOCUMENTED IN MY MEDICA FILE. IT HAS BEEN CLEARLY ESTABLISHED IN THE RULING OF "PLATE V. DAVIS", THAT I MUST BE PROVIDED WITH ADEQUATE MEDICAL CARE THE U.S. SUPREME COURT HELD THAT PRISONERS HAVE AN "EIGHTH AMENDMENT RIGHT TO TREATMENT FOR PHYSICAL AILMENTS, AND "CDC" IS PROHIBITED FROM DELIBERATELY INDIFFERENT TO MY TREATMENT NEEDS" ESTELL V. GAMBLE, 429 U.S. 97 (1976). I HAVE INFORMED THIS MEDICAL DEPARTMENT OF MY NEED FOR NARCOTIC PAIN MEDICATION, WHICH I HAVE BEEN TAKING SINCE "1989", AND THIS ADMINISTRATION DELIBERATELY IGNORES MY PLEA FOR MEDICAL ATTENTION, WHICH NOW RAISES A "DELIBERATE INDIFFERENCE" CLAIM FOR ME, WHICH I'M NOW PREPARING "WALKER V. BENJAMIN, 293 F 3d 1030, 1037 (2002)", McELLIGOTT V. FOLEY, 182 F.3d 1248, 1256 (1999). TITLE 15 SECTION 3350 (a) STATES THE DEPARTMENT SHALL ONLY PROVIDED MEDICAL SERVICE OR INMATES, WHICH ARE BASED ON MEDICAL NECESSITY AND SUPPORTED BY OUTCOME DATA AS EFFECTIVE MEDICAL CARE. NARCOTIC PAIN MEDICATION IS THE ONLY MEDICATION THAT WORKS TO ADDRESS MY PAIN, AND FOR THIS ADMINISTRATION T DENY ME OF IT. IS ILLEGAL, AS WELL DISREGARDING MY MEDICAL NEEDS, INADEQUATE MEDICAL CARE VIOLATES THE U.S. CONSTITUTION, THE "EIGHTH AMENDMENT" PROHIBITION ON CRUEL AND UNUSUAL PUNISHMENT I REITERATE, THAT I BE TRANSFERRED TO A INSTITUTION THAT CAN ACCOMMODATE MY MEDICAL NEEDS BECAUSE I AM NOW IN SEVERE PAIN AND I SHOULDN'T HAVE TO SUFFER JUST BECAUSE THIS ADMINISTRATION DOES NOT PROVIDE NARCOTIC PAIN MEDICATION.

H). THAT APPEAL REVIEW "SHALL" NOT BE REVIEWED BY A STAFF PERSON WHO PARTICIPATED IN THE EVENT OR DECISION BEING APPEALED, OR WHO PARTICIPATED IN REVIEW OF A LOWER LEVEL APPEAL. TITLE 15 SECTION 3000.5 (c) STATES "SHALL" MEANS "MANDATORY". THE FIRST LEVEL

OVER

Case 1:07-cv-00760-BAG Document 15 Filed 05/21/2003 Page 8 of 27

"H" cont). RESPONDS AND THE SECOND LEVEL RESPONDS. CLEARLY SHOW THAT MS DUDLEY. REVIEW MY APPEAL AT EACH LEVEL. I AM NOW SUBSTANTIALLY LIMITED IN MAJOR LIFE ACTIVITIES. SUCH AS WALKING AND STANDING. (SEE EXHIBIT "B") COMPREHENSIVE ACCOMMODATION AROND" WITHOUT THE AID OF THE NARCOTIC PAIN MEDICATION THAT THIS ADMINISTRATION IS NOW DENING ME OF. AS STATED ABOVE. I'VE BEEN TAKING THIS MEDICATION "NARCOTIC PAIN" MEDICATION SINCE "1989" AND WITHOUT IT. I AM IN A GREAT DEAL OF PAIN. TO THE POINT WHERE I CANN'T WALK OR STAND. THIS "NEURONTIN" MEDICATION THAT MS DUDLEY. HAS INSIST I TAKE DOES NOT ADDRESS MY MEDICAL NEEDS. WHICH IS WHY I REFUSED IT. NEURONTIN MEDICATION ADDRESSES ONE WITH PAIN HAVE TO SOME NERVE DAMAGE. HOWEVER. MY PAIN IS CAUSED DUE TO BROKEN BONES. DUE TO A CAR ACCIDENT AND GUN SHOT WOUNDS. I HAVE "OSTEOARTHRITIS". AND EMOTIONAL STRESS. WHICH I AM NOW EPERIENCING. ONLY WORSENS MY CONDITION. I CANN'T TAKE ANY MEDICATION BUT "NARCOTIC PAIN MEDICATION' AND FOR THIS ADMINISTRATION TO DEPRIVE ME OF IT IS A FORM OF "DELIBERATE INDIFFERENCE". PRISON OFFICIALS HAVE A DUTY UNDER THE EIGHTH AMENDMENT TO PROVIDE "ADEQUATE MEDICAL CARE" HUDSON V. PALMER. 468 U.S. 517. 526. 527 (1984). PHYSICIAN ASSISTANT MS S. DUDLEY, S. M. ROCHE. M.D. CHIEF MEDICAL OFFICER. AND M. MILLER. N.P. PROVIDER ON CALL. ARE ALL NOW LEGALLY LIABLE OF THE "DELIBERATE INDIFFERENCE STANDARD".

EXHIBIT A

| DATE | TIME | |
|------|------|---|
| 12 29 | 105 | S: Pt c/o lower back pain x 12 years, s/p GSW to spine in lower back. Pt |
| 97 P | 82 | also has pain in left lower extremity 2° MVA & GSW. Pt has |
| 20 BP | 122/76 | artificial knee cap in place. Pt has had 3 knee surgeries. Pt lost 2 feet |
| WT | 196 | of colon & lost ® kidney from GSW. Pt has been stating, while |
| HT | 5'6" | left side is in constant pain; rated 7/10, pain worsens with |
| SPO₂ | 98% | weight bearing & cold climates. Pt states Motrin & Darvocet have helped |
| ALL | NKA | in the past, but Ibuprofen has been stopped 2° GI bleeding. |
| AGE | 46 | Pt has been taking Tylenol, 30-40 tabs per day, & not helping. |
| | | O: VS: stable |
| | | GEN: NAD, WN/WD |
| | | HEENT: NC/AT, PERRL, EOMI, TMs clear, O-P clear |
| | | HEART: RRR ∅ M/G/R |
| | | LUNGS: CTAB ∅ W/R/C |
| | | ABD: Soft, NT/ND, ⊕ Numerous surgical scars in abdomen. NABS x 4Q |
| | | EXT: ∅ C/C/E; ® Knee with several well-healed scars |
| | | NEURO: Antalgic gait, unsteady, pt needs cane |
| | | A/P: ① Chronic Low Back Pain |
| | | - Vicodin x 1 week   Celebrex 100mg BID, x 90 days |
| | | ② ® Knee Pain, s/p 3 surgeries |
| | | - Celebrex 100mg BID, LT/LB chrono, Cane chrono |
| | | ③ Tylenol Abuse |
| | | - D/c Tylenol, check Liver & Kidney Functions |

Jon Sanderph, DO

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|-----------------------------------------------------|
| | | FRANKLIN   Robert<br>H 96584<br>01-04-60 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS**: A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | | |
|---|---|---|---|---|
| None | | Bottom Bunk | P / T _____ | |
| Barrier Free/Wheelchair Access | P / T _____ | Single Cell (See 128-C date: _____ ) | P / T _____ | |
| Ground Floor Cell | P / T _____ | Permanent OHU / CTC (circle one) | P / T _____ | |
| Continuous Powered Generator | P / T _____ | Other _____ | P / T _____ | |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None | | Wheelchair: (type) _____ | P / T _____ |
| Limb Prosthesis | P / T _____ | Contact Lens(es) & Supplies | P / T _____ |
| Brace | P / T _____ | Hearing Aid | P / T _____ |
| Crutches | P / T _____ | Special Garment: | |
| Cane: (type) _____ | P / T _____ | (specify) _Mobility Vest_ | P / T |
| Walker | P / T _____ | Rx. Glasses: | P / T _____ |
| Dressing/Catheter/Colostomy Supplies | P / T _____ | Cotton Bedding _Asthma_ | P / T |
| Shoe: (specify) _____ | P / T _____ | Extra Mattress | P / T |
| Dialysis Peritoneal | P / T _____ | Other _____ | P / T |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P / T _____ |
| Attendant to assist with meal access and other movement inside the institution. | P / T _____ | Communication Assistance | P / T _____ |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P / T _____ |
| | | Short Beard | P / T _____ |
| Wheelchair Accessible Table | P / T _____ | Other _____ | P / T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?   ☒ Yes   ☐ No

If yes, specify: _No lifting >10ᵗʰ no _____ lightly walk _____

| INSTITUTION HDSP | COMPLETED BY (PRINT NAME) Dalley | TITLE PAC |
|---|---|---|
| SIGNATURE _____ PAC | DATE 1/17/07 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE _____ | DATE 3/5/__ | Franklin, Robert |
| (CIRCLE ONE)   (APPROVED) / DENIED | | H90589  A2-118 |

COMPREHENSIVE ACCOMMODATION CHRONO

CDC 7410 (03/04)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:   AUG 2 7 2007

In re:   Franklin, H-96584
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

IAB Case No.: 0615723        Local Log No.: HDSP 07-00770

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner J. Stocker, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that he has taken narcotic pain medication for years but his new institution, High Desert State Prison (HDSP), declines to prescribe him narcotic medication. Naproxen causes him stomach distress and bleeding. He requests immediate transfer to an institution that will provide him narcotic medication.

**II   SECOND LEVEL'S DECISION:** The reviewer found that the appellant refused to accept alternative pain medications of Tylenol, Naproxen, and Motrin, stating that the medications were ineffective and caused him stomach problems. Physician Assistant (PA) Dudley examined the appellant on May 15, 2007, and found a 60-degree flexion of the left hip with tenderness, difficulty getting on the exam table, ambulation with a cane with a limp, negative straight leg raises bilaterally, 1+ patellar reflex on the left and 2+ patellar reflex on the right. PA Dudley offered the appellant Neurontin for pain relief, but the appellant declined, stating that if he took the Neurontin then HDSP would be taking care of his medical needs. Narcotics are not medically indicated at this time, nor is a medical transfer appropriate as the institution can respond to the appellant's medical needs.

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

   **A.   FINDINGS:** It is apparent that the appellant has been examined by licensed medical professionals for the complaints that he describes. He has been treated in accordance with the professional judgments of the PA. Medication is an option that is best left to the treating health care provider.

   **B.   BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3350, 3350.1, 3354, 3379

   **C.   ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.


_R. Manuel_

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, HDSP
Health Care Manager, HDSP
Appeals Coordinator, HDSP
Medical Appeals Analyst, HDSP

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date:       May 16, 2007

To:         R. FRANKLIN, H-96584
            HOUSING UNIT A1-111L
            HIGH DESERT STATE PRISON

Subject:    **APPEAL LOG # HDSP-A-07-00770**
            **SECOND LEVEL RESPONSE**

APPEAL DECISION: Appeal is denied.

APPEAL ISSUE:    It is the position of the inmate that he is being denied pain medication. He stated that he takes narcotic medication and has been taking it for years. The inmate stated that now he is in a great deal of pain and he should not suffer just because this institution does not give narcotic pain medication.

At the first level, the inmate requested that he be transferred at once because he can not function without his narcotic pain medication.

At the second level, the inmate states that he cannot take Motrin or Naproxen due to stomach problems.   He again requests narcotics be prescribed for pain and that he be transferred to another institution that can accommodate his medical needs.

APPEAL RESPONSE: Mr. Franklin, in reaching a decision on your appeal, your CDC-602, your medical file, applicable sections of the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), and your interview with G. Dudley, PA-C on March 22, 2007, were reviewed and considered.

As noted previously, Ms. Dudley offered to prescribe medications for your pain. You refused Tylenol, Motrin, and Naproxen because you claim they do not work or cause you stomach problems. You were advised that medical transfers are based on medical necessity and that HDSP is able to care for your medical needs at this time.

At the second level, it is noted that you were seen again by Ms. Dudley on May 15. This examination reveals 60 degree flexion of the left hip with tenderness, difficulty getting on the exam table, ambulation with cane with a limp, negative straight leg raises bilaterally, 1+ patellar reflex on the left, and 2+ patellar reflex on the right. Ms. Dudley states that she offered you Neurontin for pain management. You stated that if you took the Neurontin then HDSP would be taking care of your medical needs so you refused the prescription. You stated that you wanted what you were taking previously. She explained that narcotics were not medically indicated at this time. She states that you told her that you wanted nothing else and left the exam room.

R. FRANKLIN, H-96584
HDSP-A-07-00770
HIGH DESERT STATE PRISON

Page 2

Also be advised again that medical transfers are based on medical necessity and a transfer for you is not medically indicated at this time.

A review of the High Desert State Prison list for inmates with Test of Adult Basic Education Reading Scores of 4.0 or less indicates that your Reading Grade Point Level (RGPL) is above 4.0. A review of the HDSP "Assistive Device List" reveals that you do not require special accommodation to achieve effective communication. The method used to achieve effective communication was an oral interview using normal conversational tones and simple English. Your personal interaction with the interviewer and the detail with which you were able to restate the discussion in your own words, as well as your mannerisms, established certainty that effective communication was achieved.

Based on the information above your appeal is denied. Your request for narcotics is not granted as they are not medically indicated at this time. A medical transfer to another institution is also not medically indicated.

If you are dissatisfied with this response, you may appeal to the Director's level by following the directions located on the front of your CDC-602, inmate appeal form.

S. M. Roche, MD
Chief Medical Officer
High Desert State Prison

c:    Central File
      Appeal File
      Medical Appeal File

## APPEALS SCREENING FORM

TO: ___Franklin___    ___H96584___    ___A1 111L___
    **NAME**         **CDC NUMBER**         **HOUSING**

**PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS**

☐ **1. The action or decision being appealed is not within the jurisdiction of the department.** Per CCR 3084.3(c)(1)
    ☐ Submit BPT-1040 directly to the Records Office.
    ☐ Submit directly to your Parole Region.

☐ **2. You have submitted a duplicate appeal containing the same issue.** Per CCR 3084.3(c)(2)
    ☐ Your first appeal is currently under review at the _____ level.    Log # _____
    ☐ Your first appeal has been completed at the _____ level.    Log # _____
    ☐ Your first appeal was screened-out and returned to you with instructions.

☐ **3. The appeal concerns an anticipated action or decision.** Per CCR 3084.3(c)(3)

☐ **4. You have not attempted to resolve the grievance at the informal level.** [Per CCR 3084.3(c)(4)]
    Obtain an informal response by sending your appeal directly to:
    ☐ The Property Officer (R&R)  ☐ The Staff member(s) You Refer To _____  ☐ The Clothing Room
    ☐ Your Counselor  ☐ Unit Staff  ☐ Food Services
    ☐ Inmate Assignment  ☐ Trust Office  ☐ The Mailroom
    ☐ The Medical Department  ☐ Other _____  ☐ Records Office

☑ **5. The appeal is incomplete or necessary supporting documents are not attached.** *(If necessary, you may obtain copy(ies) of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)* Per CCR 3084.3(c)(5)
    ☐ CDCR 115 Hearing Officer's results and Supplemental Reports (entire completed 115.)  ☐ CDCR 128G ICC/UCC/CSR
    ☐ CDCR 839/840 Class/Reclass Score Sheet  ☐ CDCR 114D Lock Up Order
    ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
    ☑ Complete/Sign/Date the CDCR-602 section(s) ___F___ return to ☑ appeal's office  ☐ see above.
    ☐ Remove excess attachments and attach only (1) additional written page (front and back), per DOM 54100.
    ☐ Receipts:  ☐ CDCR 143 Prop Transfer Receipt  ☐ Cell Search Slip  ☐ CDCR-1083  ☐ _____

☐ **6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints.** Per CCR 3084.6(c) and 3084.3(c)(6) _____ / _____

☐ **7. The appeal is filed on behalf of another inmate or parolee.** Per CCR 3084.3(c)(7)

☐ **8. Abuse of the Appeal Process:**
    ☐ Inappropriate Statements. An appeal containing false information, profanity, slanderous or obscene language shall be rejected, per California Code of Regulations CCR 3084.4(b) & DOM 54100.7.
    ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c).
    ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(d):
        ☐ Failure to sign CDCR-1858 as required
        ☐ Failure to return a completed copy of CDCR-115 as requested
        ☐ Failure to return signed and dated CDCR-602 as requested
        ☐ Other _____
    ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
    ☐ This is a request for information; it is not an appeal. Use form GA-22, Inmate Request for Interview.
    ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period. Per CCR 3084.4(a)(1-4)
    ☐ You are attempting to change your original appeal issue.

☐ **9. Other**
    ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05-03.
    ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

_____
D. GUNTER / D JACKSON
Appeals Coordinator

DATE 4 - 12 - 07

**SEE REVERSE FOR ADDITIONAL INSTRUCTIONS**
→ **PERMANENT ATTACHMENT** ←

CDCR FORM 695
HDSP APPEALS OFFICE

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date:    April 2, 2007

To:      R. FRANKLIN, H-96584
         HOUSING UNIT A1-111L
         HIGH DESERT STATE PRISON

Subject:  **APPEAL LOG # HDSP-A-07-00770**
          **FIRST LEVEL RESPONSE**

APPEAL DECISION: Appeal denied.

APPEAL ISSUE: The inmate states he is being denied pain medication. He states that he takes narcotic medication and has been taking it for years. The inmate states that now he is in a great deal of pain and he should not suffer just because this institution does not give narcotic pain medication.

On appeal, the inmate requests that he be transferred at once because he can not function without his narcotic pain medication.

APPEAL RESPONSE: Mr. Franklin, in reaching a decision on your appeal, your CDC-602, your medical file, applicable sections of the California Code of Regulations (CCR) Title 15, Departmental Operations Manual (DOM), and your interview with G. Dudley, PA-C, on March 22, 2007 were reviewed and considered.

Physician Assistant G. Dudley discussed with you the inability to prescribe narcotics on the yard. You were offered Tylenol for the pain but you refused and stated that it does not work. You stated you cannot take Motrin and Naproxen due to stomach problems. You indicated you were not happy with the offered plan of cure.

Be advised that medical transfers are based on medical necessity. If your Primary Care Provider recommends that you receive a medical treatment or service that is not available at High Desert State Prison, then a transfer to a facility that could provide it would be considered. Your request for transfer will not be granted as it is felt that HDSP is able to care for your medical needs at this time.

A review of the High Desert State Prison list for inmates with Test of Adult Basic Education Reading Scores of 4.0 or less indicates that your Reading Grade Point Level (RGPL) is above 4.0. A review of the HDSP "Assistive Device List" reveals that you do not require special accommodation to achieve effective communication. The method used to achieve effective communication was an oral interview using normal conversational tones and simple English. Your personal interaction with the interviewer, G. Dudley, PA-C, and the detail with which you were able to restate the discussion in your own words as well as your mannerisms established certainty that effective communication was achieved.

FRANKLIN H-96584
HDSP-A-07-00770
HIGH DESERT STATE PRISON

Page 2

Based on the information above your appeal is denied.

If you are dissatisfied with this response, you may appeal to Second Level appeals by following
the directions located on the front of your CDC-602, inmate appeal form.

*M. Miller NP POC.*

M. MILLER, N.P.
Provider On Call
High Desert State Prison

c:    Central File
      Appeal File
      Medical Appeal File

FIRST LEVEL RESPONSE

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                   ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**   EXHIBIT "A"
High Desert State Prison
P. O. Box 750
Susanville, CA 96127-0750



July 25, 2007


Mrs. Janice Henderson Franklin


## ROBERT FRANKLIN, CDCR# H-96584

Dear Mrs. Franklin:

This is in response to your letter dated June 11, 2007 wherein you state that your husband, Inmate Franklin, CDCR# H-96584, has medical issues that are not being addressed by High Desert State Prison (HDSP) medical staff. You also state that the HDSP Appeals Coordinator is returning his appeals claiming that they cannot be processed and the HDSP Accounting Office has refused to verify his account balance for him.

Please be assured that we are sensitive to your concerns regarding Inmate Franklin. As you are aware, the California Department of Corrections and Rehabilitation (CDCR) has in place an avenue for any inmate to file a 602, Inmate Appeal, regarding issues they perceive as adverse to their well-being. Inmate Franklin arrived at HDSP February 13, 2007, and since that arrival he has a total of fourteen (14) appeals logged through the Appeals Coordinator's Office. Of those fourteen (14) appeals, six (6) went through the complete appeal process and Inmate Franklin received the responses. Eight (8) appeals were screened out by the Appeals Coordinator. There are specific guidelines outlined in the California Code of Regulations (CCR), Title 15, Section 3084 through 3085, regarding the completion of the Appeals Process. If any inmate does not complete their appeal per the CCR, Title 15 process and procedures, the appeal will be screened out and sent back to them. The screen out form clearly states to the inmate what is incomplete regarding the appeal. The inmate then needs to make the corrections and resubmit their appeal form.

Inmate Franklin has utilized the inmate appeal process regarding his dissatisfaction with his medical treatment. Inmate Franklin, through the appropriate chain of command received information regarding the current CDCR procedures and policies, which explained the action taken, or offered remedies to the situation. Due to confidentiality issues, HDSP is very limited in the medical information that be provided to you regarding Inmate Franklin's medical issues. Please be assured that his medical needs are being adequately and properly addressed by the Medical Department at HDSP. If he has any further medical needs, staff is available twenty-four hours a day to help him and if it is a non-emergency medical issue, all he has to do is request an appointment in the medical clinic.

In your letter you state that Inmate Franklin sent authorization forms to the trust office asking them to verify his account and has not received any response. Captain (A) D. Hale interviewed Inmate Franklin regarding the issues you brought forth. Inmate Franklin stated that he filed the documents for processing his legal mail to the courts as an indigent inmate. An inquiry to verify if Inmate Franklin's

EXHIBIT "A"

legal mail was processed, revealed that the documents had been processed and were sent to the courts. HDSP Mailroom has a procedure in place for the processing of an inmate's legal mail when the inmate is indigent. The inmate completes the required forms and the HDSP Mailroom staff does the verification with the Accounting Department regarding whether the inmate's trust account has a balance or not.

Thank you for providing me the opportunity to address your concerns. I hope that this information is of assistance. Should you have any further questions concerning Inmate Franklin, they should be directed to his assigned Correctional Counselor I, McCraw at (530) 251-5100, extension 6122 or to P. O. Box 750, Susanville, CA 96127-0750.

Sincerely,

T. FELKER
Warden

c:    Inmate Central File

## APPEALS SCREENING FORM

TO: ___FRANKLIN___   ___H 96584___   ___A 2 - 118___
     NAME              CDC NUMBER          HOUSING

PER CCR TITLE 15 SECTION 3084.3, SCREENING APPEALS

☐ 1. The action or decision being appealed is not within the jurisdiction of the department. Per CCR 3084.3(c)(1)
  ☐ Submit BPT-1040 directly to the Records Office.
  ☐ Submit directly to your Parole Region.

☑ 2. You have submitted a duplicate appeal containing the same issue. Per CCR 3084.3(c)(2)
  ☐ Your first appeal is currently under review at the _____ level.        Log # _____.
  ☑ Your first appeal has been completed at the __2ⁿᵈ__ level.               Log # __MDSP-A-07-00770__
  ☐ Your first appeal was screened-out and returned to you with instructions.

☐ 3. The appeal concerns an anticipated action or decision. Per CCR 3084.3(c)(3)

☐ 4. You have not attempted to resolve the grievance at the informal level. [Per CCR 3084.3(c)(4)]
  Obtain an informal response by sending your appeal directly to:
  ☐ The Property Officer (R&R)   ☐ The Staff member(s) You Refer To _____   ☐ The Clothing Room
  ☐ Your Counselor               ☐ Unit Staff                                       ☐ Food Services
  ☐ Inmate Assignment            ☐ Trust Office                                     ☐ The Mailroom
  ☐ The Medical Department       ☐ Other _____.                            ☐ Records Office

☐ 5. The appeal is incomplete or necessary supporting documents are not attached. *(If necessary, you may obtain copy(ies) of requested documents by sending your request with a signed trust withdrawal form to the Records Office.)* Per CCR 3084.3(c)(5)
  ☐ CDCR 115 Hearing Officer's results and Supplemental Reports (entire completed 115.)   ☐ CDCR 128G ICC/UCC/CSR
  ☐ CDCR 839/840 Class/Reclass Score Sheet                                                ☐ CDCR 114D Lock Up Order
  ☐ Attach copy of CDCR-1819 (Notice of Disallowed Mail Form)
  ☐ Complete/Sign/Date the CDCR-602 section(s) _____ return to ☐ appeal's office   ☐ see above.
  ☐ Remove excess attachments and attach only (1) additional written page (front and back), per DOM 54100.
  ☐ Receipts:   ☐ CDCR 143 Prop Transfer Receipt   ☐ Cell Search Slip   ☐ CDCR-1083   ☐ _____

☐ 6. 15-Day Time limit for submitting the appeal is exceeded and the appellant had the opportunity to file within the prescribed time constraints. Per CCR 3084.6(c) and 3084.3(c)(6) _____ / _____.

☐ 7. The appeal is filed on behalf of another inmate or parolee. Per CCR 3084.3(c)(7)

☐ 8. Abuse of the Appeal Process:
  ☐ Inappropriate Statements. An appeal containing false information, profanity, slanderous or obscene language shall be rejected, per California Code of Regulations CCR 3084.4(b) & DOM 54100.7.
  ☐ Excessive Verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation, per CCR 3084.4(c).
  ☐ Lack of cooperation. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal, per CCR 3084.4(d):
    ☐ Failure to sign CDCR-1858 as required
    ☐ Failure to return a completed copy of CDCR-115 as requested
    ☐ Failure to return signed and dated CDCR-602 as requested
    ☐ Other _____
  ☐ You have not reasonably demonstrated that your appeal issue(s) has adversely affected your welfare, per CCR 3084.1(a)
  ☐ This is a request for information; it is not an appeal. Use form GA-22, Inmate Request for Interview.
  ☐ You may only submit one (1) non-emergency appeal within a seven-calendar day period. Per CCR 3084.4(a)(1-4)
  ☐ You are attempting to change your original appeal issue.

☐ 9. Other
  ☐ Staff complaints shall not be combined with other appeal issues, per administrative bulletin 05-03.
  ☐ You have more than one issue in your appeal that cannot be addressed by one department. One issue per appeal.

S. L. CHAPMAN, CCII SUPERVISOR/ D. JACKSON, CCII / M. DANGLER, CCII
  Appeals Coordinator                                                          DATE JUL 1 3 2007

**SEE REVERSE FOR ADDITIONAL INSTRUCTIONS**
→ **PERMANENT ATTACHMENT** ←

CDCR FORM 695
HDSP APPEALS OFFICE

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region _____  Log No. _____  Category _____

1. _____  1. _____

2. _____  2. _____

*8* PAIN ME TOOH

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME ROBERT FRANKLYN | NUMBER H-96584 | ASSIGNMENT NONE | UNIT/ROOM NUMBER A-2-118 LOW |

A. Describe Problem: I AM NOW SUFFERING A GREAT DEAL OF PAIN AND HAVE BEEN FOR OVER "5" MONTHS NOW, I ARRIVED HERE AT HDSP ON 02/13/07 AND I HAVE YET TO RECEIVE ANY MEDICATION. I'VE ADDRESS THIS MATTER WITH MS DUDLEY, IN PERSON ON SEVERAL OCCASIONS. AS WELL AS WITH G. JAMES. M.D. AND S.M. ROCHE. M.D. BY WAY OF A CDC 1824 AND EACH OF THEM HAS REFUSED ME MEDICATION. THE CDC 1824 WAS LOGGED HDSP-A-07-00770. I'VE BEEN RECENTLY INFORMED THAT I MUST RESUBMIT

If you need more space, attach one additional sheet.

B. Action Requested: THAT I BE TRANSFERRED AT ONCE TO A FACILITY THAT DOES ALLOW INMATES TO RECEIVE NARCOTIC PAIN MEDICATION BECAUSE I SHOULD NOT BE ALLOWED TO SUFFER JUST BECAUSE THIS ADMINISTRATION DOES NOT GIVE OUT NARCOTIC PAIN MEDICATION

Inmate/Parolee Signature: Robert Franklin    Date Submitted: 07/05/07

C. INFORMAL LEVEL (Date Received: 7/9/07 )

Staff Response: You will need to discuss this with the doctor. An appointment is currently scheduled for you in the middle of July.

Staff Signature: _____    Date Returned to Inmate: 7-10-07

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

I AM DISSATISFIED WITH INFORMAL LEVEL RESPOND. BEING THAT YT HAS FAILED TO ACKNOWLEDGE THAT I HAVE ALREADY SPOKEN TO THE DOCTORS HERE AT HDSP. AND THEY HAVE INFORMED ME THAT HDSP DOES NOT ADMINISTER NARCOTIC PAIN MEDICATION. SO WHAT

Signature: Robert Franklin    Date Submitted: 07/11/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

JUL 13 2007
HDSP Appeals

7/13/07  S/O  #2
HDSP-A-07-00770

**Duplicate**

A). M' PRESENTING THIS COMPLAINT. I AM NOW EXPERIENCING NUMBNESS THROUHOUT MY LOWER BACK AS, WELL AS LEFT ARM AND BOTH LEGS, DUE TO THE FACT OF BEING DEPRIVED OF NARCOTIC PAIN MEDICATION. THIS MEDICAL   ADMINISTRATION HAS ONLY OFFERED ME MEDICATION THAT IS WELL DOCUMENTED IN MY MEDICAL FILE TO ONLY CAUSE ME ADDITIONAL ADVERSE EFFECTS. AS I STATED EARLIER, I AM NOW ENDURING A GREAT DEAL OF PAIN A A RESULT OF THIS MEDICAL ADMINISTRATION DELIBERATELY DEPRIVING ME OF MEDICATION THAT HAS BEEN PROVEN TO BE CONDUCIVE TO ADDRESSING MY MEDICAL CONCERNS. I AM ENCLOSING A COPY OF LETTERS I'VE RECEIVED FROM OMBUDSMAN RALYN CONNER AND CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP THESE LETTERS ARE TO VERIFY THAT I AM ALSO PURSUING OUTSIDE ASSISTANCE IN ADDRESSING THIS MATTER ALSO TO SHOW YOU ALL WHY I AM NOW PURSUING THIS MATTER UNDER "PLATA"

D). OR WHY SHOULD I SPEAK TO THEM AGAIN, WHEN THEY HAVE MADE IT PERFECTLY CLEAR THAT THEY ARE NOT GIVING ME MEDICATION WHICH I HAVE BEEN TAKING PRIOR TO ARRIVING HERE AT H D S P, AS WELL AS, FOR YEARS ON THE STREETS.

" EXHIBIT "B"

CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.

EXHIBIT "B"

Robert Sillen
Receiver

March 27, 2007

Mr. Robert Duane Franklin
Folsom State Prison (FOL)
H96584, b-1, TD-1-02 Low
PO Box 71
Represa, CA 95671

Dear Mr. Franklin:

The California Prison Health Care Receivership has received your letter. We appreciate your correspondence. Our office carefully reviews each communication we receive regarding inmate patient health care. All information provided to us is considered in implementing systemic reform.

Due to the high volume of letters we receive, we are unable to immediately respond to all individual cases. If you have not already done so, we recommend that you utilize the 602 appeals process at your institution. You may also wish to contact counsel for the inmate class in *Plata v. Schwarzenegger*, the Prison Law Office. For your records, the address to the Prison Law Office is:

Prison Law Office
General Delivery
San Quentin, CA 94549

The Receiver is committed to creating a system where custody and health care staff together guarantee that access to care and quality of medical services in California prisons meet constitutional standards. An integral part of meeting that goal is hearing from the patients about the treatment they are receiving.

We will achieve improvements in the quality of medical care. However, it is a large and complex problem for which there are no quick fixes, but I assure you that the work has already begun. Thank you for your interest in the remedial process.

Sincerely,

Kristina Hector
Inmate Patient Relations Manager

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                     ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE OMBUDSMAN**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

EXHLBZT "B"



April 11, 2007

Robert Franklin, H96584
High Desert State Prison
P. O. Box 3030 A1-111L
Susanville, CA 96127

Dear Mr. Franklin,

This is in response to your letter dated March 30, 2007 alleging you are not receiving medication for pain.

California Code of Regulations (CCR), Title 15, Article 8, Section 3084.1 (a) affords you the right to appeal any departmental decision, action, condition or policy that you can demonstrate as having an adverse effect upon you welfare.   CCR, Section 3084.2 explains you are to use a CDC Form 602 (rev. 12-87), Inmate/Parolee Appeal Form, to describe the problem, action requested, and forward it to the appeals coordinator.   There are four levels of appeals as indicated in CCR Section 3084.5 Levels of Appeal Review and Disposition.  Appeal time limits, which are in working days, are indicated in CCR, Section 3084.6.

I spoke with the appeals staff at High Desert State Prison. Your appeal, log number HDSP A-07-770, regarding medication was denied on April 4, 2007 at the first level.  If you are dissatisfied with this finding you may resubmit the appeal to the second level during the appropriate appeal time limit.

Based on the information provided to this office, it appears that you have not exhausted all of your appeal remedies. I am recommending that you both use and let the appeals process work at the appropriate levels.

This letter does not extend your window to appeal the matters described in your letter.

Sincerely,

*Ralyn Conner*

RALYN CONNER
Ombudsman

cc:     file

I AM NOW WRITING TO YOU REGARDING MY MEDICAL CONCERNS. IM A (ADA) INMATE WHO WAS CURRENTLY TAKING NARCOTIC PAIN MEDICATION PRIOR TO BEING TRANSFERRED TO HIGH DESERT STATE PRISON. PRIOR TO BEING TRANSFERRED TO HIGH DESERT. I WAS HOUSED AT FOLSOM STATE PRISON. I INFORMED FOLSOM CLASSIFICATION COMMITTEE THAT HIGH DESERT STATE PRISON DOES NOT ADMINISTER NARCOTIC PAIN MEDICATION TO INMATES HOUSED IN THEIR GENERAL POPULATION. I KNEW THIS TO BE TRUE BECAUSE PRIOR TO BEING SENT TO FOLSOM. I WAS HOUSED AT HIGH DESERT STATE PRISON. FOLSOM COMMITTEE ASSURED ME THAT HIGH DESERT DID ADMINISTER NARCOTIC PAIN MEDICATION. THE COMMITTEE ALSO TOLD ME THAT IF I WOULD RETRACT A COMPLAIN WHICH I FILED AGAINST C.O. BUSH. FOR ASSAULTED. THAT THEY WOULD TRANSFERR ME TO ANY INSTITUTION I WANTED TO GO TO. I INFORMED THE COMMITTEE THAT I WAS NOT GOING TO ALLOW THEM TO INTIMATE ME. THE COMPLAINT ALSO ADDRESS BEING FORCED TO WALK UP STAIR. WHICH I FALL DOWN. AND WAS TAKEN TO THE OUT SIDE HOSPITAL. THIS COMPLAINT ALSO ADDRESSED MY FINGER BEING BROKEN AND LEFT ARM INJURED BY C.O. BUSH. THE MEDICAL STAFF AT FOLSOM REFUSED TO TAKE X-RAYS OF MY ARM FOR ONE MONTH AFTER THE INJURY AND SIX DAYS AFTER THE X-RAYS WERE TAKEN. I WAS TRANSFERRED TO HIGH DESERT. WHICH I STRONGLY BELIEVE WAS DONE BECAUSE THE X-RAYS DID REVEAL THAT MY ARM AND FINGER WERE INJURED. I'M NOW BEING DENIED MEDICATION. WHICH I HAVE BEEN TAKING SINCE '1989'. I'M NOW BEING DISCRIMINATED AGAINST FOR SEVERAL REASON. THE FIRST REASON I HAVE LEARNED SINCE ARRIVING AT HIGH DESERT

-1-

THAT OUT OF THE (A.D.A) INMATES WHO WERE TRANSFERRED TO HIGH DESERT, WERE ALL "BLACK" INMATES, WHILE ALL THE WHITE (A.D.A) INMATES, WHO ALSO TAKE NARCOTIC MEDICATION WERE ALLOWED TO REMAIN AT FOLSOM, RECEIVING THEIR NARCOTIC PAIN MEDICATION. THIS IS A LIST OF ALL THE INMATES WHO WERE AT HIGH DESERT WHO WERE (A.D.A).

| | |
|---|---|
| BONTEMPS | H-71515 |
| BORSA | H-15005 |
| BROWNLEE | C-20389 |
| BUTLER | T-84190 |
| CRUZ | E-87781 |
| FRANKLIN | H-96584 |
| LANDEROS | T-67282 |
| MATESON | V-48824 |
| PATTERSON | H-74487 |
| ROGERS | P-75155 |
| SALTZMAN | F-20109 |
| TALBOT | A-91422 |
| THOMAS | F-22789 |
| THOMPSON | C-13103 |

I HAVE A CONSTITUTIONAL RIGHT TO RECEIVE ACCURATE MEDICAL TREATMENT, AND TO DELIBERATELY DEPRIVE ME OF THIS RIGHT AS HIGH DESERT IS NOW DOING IS NOT LEGAL. EACH AND EVERY ONE OF THE "BLACK" INMATES ON THIS LIST NEED YOUR HELP RIGHT NOW TO ADDRESS THIS "RACIAL DISCRIMINATION" BEING VISITED UPON US. ALL WE HAVE BEGGED FOR WAS TO BE HOUSED IN A FACILITY THAT IS EQUIP TO ADDRESS OUR MEDICAL CONCERNS. YOU ALL CANNOT DENY OR IGNORE THE FACT THAT HIGH DESERT IS NOT A (DPM) FACILITY. IT MAY BE IN COMPLIANCES WITH "ARMSTRONG" BUT THAT STILL DOES NOT MAKE IT SUITABLE TO HOUSE "BLACK" (A.D.A) (DPM) INMATE, UNLESS "RACIAL DISCRIMINATION" IS ALSO A FACTOR IN HOUSING "BLACK" (A.D.A) (DPM) INMATES. PLEASE HELP ME AS WELL AS THE OTHER "BLACK" INMATES BECAUSE WE ARE NOW ENDURING A GREAT

DEAL OF PHYSICAL REQUEST. HIGH DESERT IS DEPRIVING US OF NARCOTIC PAIN MEDICATION. PLEASE HELP US. I'M ALSO NOW BEING DEPRIVED OF MEDICAL ATTENTION BECAUSE HIGH DESERT REFUSES TO ADDRESS MY MEDICAL ISSUE REGARDING MY INJURIES THAT TOOK PLACE AS A RESULT OF THE ASSAULT ON ME AT FOLSOM. SO I ASK YOU ONCE AGAIN, PLEASE HELP US PLEASE.

I, ROBERT DUANE FRANKLIN, H-96584, DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING ALLEGATIONS AND STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON 18 DAY OF MARCH AT SUSANVILLE CALIFORNIA, 96127.

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I, the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that I am [ ] or am not [X] a party to this action, and that on the __6__ day of __SEPT__, 200_7_, I served a true and complete copy of the following:

A COPY OF A "1824 ADA FORM

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following addresse[s]:

U.S. NORTHERN DISTRICT COURT CLEAK OF HONORABLE JUDGE HENDERSON 450 GOLDEN GATE AVE SAN FRANCISCO. CA 94102-3483

I, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __SEPT 6. 2007__, in Susanville, California, County of Lassen.


ROBERT DWAYE FRANKLIN
Print Name

Robert Dwoane Franklin
Signature