Mr. Robert Duane Franklyn A-96504
P.O. Box 3030 A-1-138 Low
Susanville, CA 96127-3030

STATE PRISON

1.48

HIGH DESERT STATE PRISON

TO: UNITED STATES NORTHERN DISTRICT
OF CALIFORNIA COURTHOUSE
CLERK OF THE HONORABLE JUDGE T. HENDERSON
450 GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA
94102-3483

A1

LEGAL MAIL

US POSTAGE
$01.480
09/07/2007