**FILED**

OCT - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,
   Plaintiff,

vs.

PHYSICIAN ASSISTANT PA. G. DUDLEY
M. MILLER. N.P
S.M. ROCHE. M.D.   Defendant.

CASE NO. C 07 4760 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, ROBERT DUANE FRANKLIN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A   Net: N/A

Employer: N/A

N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS   - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  BRAND SCAFFOLDING COMPANY. THE LAST DATE
5  OF EMPLOYMENT WAS 03/22/2005. MY JOB WAS
6  A TEMPORARY ASSIGNMENT.

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

         a.     Business, Profession or           Yes ___  No _X_
                self employment
         b.     Income from stocks, bonds,        Yes ___  No _X_
                or royalties?
         c.     Rent payments?                    Yes ___  No _X_
         d.     Pensions, annuities, or           Yes ___  No _X_
                life insurance payments?
         e.     Federal or State welfare payments, Yes ___  No _X_
                Social Security or other govern-
                ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.   N/A
21  _____
22  N/A _____

23  3.     Are you married?                        Yes _X_  No ___
24  Spouse's Full Name: MRS. JANYCE HENDERSON FRANKLIN
25  Spouse's Place of Employment: DMV
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ UNKNOWN    Net $ UNKNOWN
28  4.    a.    List amount you contribute to your spouse's support: $ NOTHING

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NO ONE IS DEPENDENT ON ME FOR SUPPORT.

5. Do you own or are you buying a home?    Yes \_\_\_   No X
Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile?    Yes \_\_\_   No X
Make N/A    Year N/A    Model N/A
Is it financed? Yes \_\_\_ No X   If so, Total due: $ N/A
Monthly Payment: $ N/A

7. Do you have a bank account? Yes \_\_\_ No X (Do not include account numbers.)
Name(s) and address(es) of bank: N/A
N/A
Present balance(s): $ N/A
Do you own any cash? Yes \_\_\_ No X   Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes \_\_\_ No X
N/A

8. What are your monthly expenses?
Rent: $ NONE     Utilities: NONE
Food: $ NONE     Clothing: NONE
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

N/A

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

09/27/2007                              Robert Duane Franklin
DATE                                    SIGNATURE OF APPLICANT

1
2                                    Case Number: C 07 4760 (SBA) (PR)
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                              **IN**
10                              **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of ROBERT DUANE FRANKLIN for the last six months
                                          [prisoner name]
14   HIGH DESERT STATE PRISON         where (s)he is confined.
          [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ ___0___ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ _____.

                                    THE WITHIN INSTRUMENT IS A CORRECT
                                    COPY OF THE TRUST ACCOUNT MAINTAINED
                                    BY THIS OFFICE
                                    ATTEST:
18                                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                                    BY
19   Dated: 10/2/07                 TRUST OFFICE
                                    _____
                                    [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

                                         - 5 -

```
REPORT ID: TS3030  .701                          REPORT DATE: 10/02/07
                                                 PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         HIGH DESERT STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: APR. 01, 2007 THRU OCT. 02, 2007

ACCOUNT NUMBER : H96584           BED/CELL NUMBER: FAB1T1000000138L
ACCOUNT NAME   : FRANKLIN, ROBERT ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT
   DATE        HOLD
   PLACED      CODE       DESCRIPTION          COMMENT        HOLD AMOUNT
   ---------   ----       -----------          -------        -----------
   08/09/2007  H109   LEGAL POSTAGE HOLD       0563 07/27        2.33
   08/23/2007  H109   LEGAL POSTAGE HOLD       0819 08/23        2.50
   08/23/2007  H109   LEGAL POSTAGE HOLD       0819 08/23        2.50
   08/27/2007  H109   LEGAL POSTAGE HOLD       0871 08/27        2.33
   09/20/2007  H109   LEGAL POSTAGE HOLD       1272 08/19        4.60
   09/20/2007  H109   LEGAL POSTAGE HOLD       1272 08/19        0.58
   09/20/2007  H109   LEGAL POSTAGE HOLD       1272 08/19        0.58

                           TRUST ACCOUNT SUMMARY

   BEGINNING    TOTAL      TOTAL         CURRENT    HOLDS      TRANSACTIONS
   BALANCE      DEPOSITS   WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
   ---------    --------   -----------   -------    -------    ------------
     0.00         0.00        0.00         0.00      15.42         0.00


                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                   ---------
                                                    15.42-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

TO: MAIL ROOM STAFF:

1. I AM NOW PRESENTING TO YOU A "PRISONERS APPLICATION
2. TO PROCEED IN FORMA PAUPERIS" ALONG WITH TWO 42 U.S.
3. C. 1983" FORMS. I'VE BEEN INFORMED TO DO THIS BY
4. L. JACOBS. ACCOUNTANT I SUPERVISOR. TO PERVENT THE
5. 
6. DELAY I WENT THROUGH LAST TIME. I'M ALSO PROVIDING
7. YOU WITH A COPY OF THIS PROCEDURE WHICH CAME FROM
8. SERGEANT JOHNSEN. I'M ALSO PROVIDING YOU WITH
9. 
10. A COPY OF THE COURT INFORMING ME THAT I HAVE "30"
11. DAYS FROM THE 17TH OF SEPT 2007. TO HAVE THE
12. PRISONERS APPLICATION TO PROCEED IN FORMA PAUPERIS"
13. AND THE 42 USC. 1983 IN THE COURTS. SO I
14. PRAY YOU ALL DO NOT DELAY PROCESSING THIS FORM.
15. 
16. I, ROBERT DUANE FRANKLIN. H-96584-A-1-138LOW. DECLARE
17. UNDER PENALTY OF PERJURY THAT THE FOREGOING
18. STATEMENTS ARE TRUE AND CORRECT.
19.                                     EXECUTED ON SEPTEMBER
20. 27, 2007, IN HIGH DESERT STATE PRISON. IN SUSANVILLE
21. CALIFORNIA 96127.
22.                              Robert Duane Franklin
23. WITNESSED BY: Ronald Chiles  F-66238
24. THIS IS NOW BEING PRESENTED IN THE FORM OF A
25. DECLARATION FOR THE COURT VERIFICATION. THE
26. WITNESS ONLY VERIFIES THAT I SENT THESE DOCUMENTS
27. TO YOU ON 09/27/2007. ALSO A SELF STAMP ENVELOPE IS
28. ALSO BEING PROVIDED AS REQUIRED.
    THANK YOU VERY MUCH

9/24/07

Hanlin

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES