**FILED**

E-filing

OCT 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT DUANE FRANKLIN,
            Plaintiff,

vs.

PHYSICIAN ASSISTANT PA. G. DUDLEY
M. MILLER, N.P
S.M. ROCHE. M.D.       Defendant.

CASE NO. C 07 4760 SBA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, ROBERT DUANE FRANKLIN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1:    Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A          Net: N/A

Employer: N/A

N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

BRAND SCAFFOLDING COMPANY. THE LAST DATE OF EMPLOYMENT WAS 03/22/2005. MY JOB WAS A TEMPORARY ASSIGNMENT.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment                                Yes ___ No _X_

   b. Income from stocks, bonds, or royalties?                               Yes ___ No _X_

   c. Rent payments?                                                         Yes ___ No _X_

   d. Pensions, annuities, or life insurance payments?                       Yes ___ No _X_

   e. Federal or State welfare payments, Social Security or other government source?   Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.   N/A

N/A

3. Are you married?                                                          Yes _X_ No ___

Spouse's Full Name: MRS. JANYCE HENDERSON FRANKLIN

Spouse's Place of Employment: DMV

Spouse's Monthly Salary, Wages or Income:
Gross $ UNKNOWN      Net $ UNKNOWN

4. a. List amount you contribute to your spouse's support: $ NOTHING

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NO ONE IS DEPENDENT ON ME FOR SUPPORT.

5.  Do you own or are you buying a home?   Yes ___   No _X_
Estimated Market Value: $ N/A   Amount of Mortgage: $ N/A

6.  Do you own an automobile?   Yes ___   No _X_
Make N/A   Year N/A   Model N/A
Is it financed? Yes ___   No _X_   If so, Total due: $ N/A
Monthly Payment: $ N/A

7.  Do you have a bank account?   Yes ___   No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: N/A
N/A
Present balance(s): $ N/A
Do you own any cash?   Yes ___   No _X_   Amount: $ N/A
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___   No _X_
N/A

8.  What are your monthly expenses?
Rent: $ NONE   Utilities: NONE
Food: $ NONE   Clothing: NONE
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

N/A

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

09/27/2007                    Robert Dumond Franklin
DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

1
2                                      Case Number: C 07 4760 (SBA) (PR)
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    IN
10                         **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of ROBERT DWANE FRANKLIN for the last six months
                                     [prisoner name]
14  HIGH DESERT STATE PRISON where (s)he is confined.
       [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ ∅        and the average balance in the prisoner's
17  account each month for the most recent 6-month period were $ _____.
18
19  Dated: 10/2/07                        _____
                                          [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY:
TRUST OFFICER

-5-

```
REPORT ID: TS3030 .701                                REPORT DATE: 10/02/07
                                                      PAGE NO:      1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          HIGH DESERT STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: APR. 01, 2007 THRU OCT. 02, 2007

ACCOUNT NUMBER : H96584              BED/CELL NUMBER: FAB1T1000000138L
ACCOUNT NAME   : FRANKLIN, ROBERT    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
  DATE        HOLD
 PLACED       CODE      DESCRIPTION           COMMENT       HOLD AMOUNT
 ----------   ----   --------------------    ----------    -------------
 08/09/2007   H109   LEGAL POSTAGE HOLD      0563 07/27        2.33
 08/23/2007   H109   LEGAL POSTAGE HOLD      0819 08/23        2.50
 08/23/2007   H109   LEGAL POSTAGE HOLD      0819 08/23        2.50
 08/27/2007   H109   LEGAL POSTAGE HOLD      0871 08/27        2.33
 09/20/2007   H109   LEGAL POSTAGE HOLD      1272 08/19        4.60
 09/20/2007   H109   LEGAL POSTAGE HOLD      1272 08/19        0.58
 09/20/2007   H109   LEGAL POSTAGE HOLD      1272 08/19        0.58

                          TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL      TOTAL       CURRENT     HOLDS      TRANSACTIONS
  BALANCE    DEPOSITS  WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
 ---------   --------  -----------   --------   --------    ------------
    0.00       0.00        0.00        0.00      15.42          0.00


                                                     CURRENT
                                                    AVAILABLE
                                                     BALANCE
                                                   -----------
                                                     15.42-
                                                   -----------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

Sent 10/3/07

# CDC-119
## SPECIAL PURPOSE LETTERS

| FRANKLIN | H96584 | | | |
|---|---|---|---|---|
| | | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
| | | ATTY GEN 1300 I STR., SAC., CA 94244 | 193 | 9/17/2007 | |
| | | NINTH CIRCUIT COURT OF APPEALS 95 SEVENTH ST. P.O. BOX 193939 S.F 2,CA. 94119  2 ENVELOPES | 193 | 9/17/2007 | |
| | | NORTHERN US DIST CRT CLK 450 GOLDEN GATE AVE, SAN FRANCISCO, CA 94102 | 193 | 9/28/2007 | |
| | | US DIST COURT 450 GOLDEN GATE AVE, P.O. BOX 36060, SAN FRAN, CA 9  4102  IFP AND CERT ENC | S | 10/3/2007 | |

Thursday, October 04, 2007

Page 1 of 1

## PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that [X] I am [ ] am not a party to this action, and that on the 27 day of SEPTEMBER, 2007, I served a true and complete copy of the following:

TWO COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. 1983 AND PRISONERS APPLICATION TO PROCEED IN FORMA PAUPERIS

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following address(s):

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON SEPTEMBER 27, 2007, in Susanville, California.

ROBERT DWAIN FRANKLYN          Robert Dwain Franklin
(Print Name)                   (Signature)

PROOF OF SERVICE BY PERSON IN STATE CUSTODY

I, the undersigned, hereby declare that I am over the age of eighteen (18), and that I am incarcerated at High Desert State Prison in Susanville, California, that I am [ ] or am not [X] a party to this action, and that on the 11 day of OCTOBER, 2007, I served a true and complete copy of the following:

ONE "1" PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS, ONE "1" 42 U.S.C. §§ 1983, ONE "1" PROOF OF SERVICE AND ONE "1" CDC 119 FORM

by handing it to institutional staff with First Class Postage prepaid in full for mailing to the following addresse[s]:

OFFICE OF THE CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CALIFORNIA 94102

I, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON OCTOBER 11, 2007, in Susanville, California, County of Lassen.

ROBERT DUANE FRANKLIN
Print Name

Robert Duane Franklin
Signature

HIGH DE...
MR ROBER...
P.O. BOX 3030 A-1-138 LOW
SUSANVILLE, CA 96127

HIGH DESERT STATE PRISON

049J82043358
$01.650
10/12/2007
Mailed From 96127
US POSTAGE

RECEIVED
OCT 12 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SBA

A1

TO: OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

STATE PRISON

LEGAL MAIL

LEGAL MAIL