Robert Duane Franklin
H-96584
High Desert State Prison
P.O. Box 3030 A-1-138 Low
Susanville, CA 96127-3030

CV07-04760 SBA



# UNITED STATES DISTRICT COURT
## Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

E- FILED

June 2, 2008

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

District Clerk,
U.S. District Court, Eastern District of CA (Sacramento)
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133

#6

RE: CV 07-04760 SBA ROBERT DUANE FRANKLIN-v-G. DUDLEY, et al.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒    Certified copy of docket entries.

☒    Certified copy of Transferral Order.

☒    Original case file documents.

☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

E- FILED

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

#5

| ROBERT DUANE FRANKLIN, | No. C 07-04760 SBA (PR) |
|---|---|
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| G. DUDLEY, Physicians Assistant, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at High Desert State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. Petitioner's application for in forma pauperis is TERMINATED as moot.

IT IS SO ORDERED.

DATED: 5/27/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Franklin4760.Transfer.wpd

Entered on Civil Docket 5/28/08

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT FRANKLIN,

        Plaintiff,

  v.

/ et al,

        Defendant.              /

Case Number: CV07-04760 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Duane Franklin
H-96584
High Desert State Prison
P.O. Box 3030 A-1-138 Low
Susanville, CA 96127-3030

Dated: May 28, 2008

                            Richard W. Wieking, Clerk
                            By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Franklin4760.Transfer.wpd